IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Criminal Case No. 06-CR-00147-EWN

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. WARRENELL CUCH,
    Defendant.

---

FINDINGS OF FACT, CONCLUSIONS OF LAW AND REASONS
FOR ORDER OF DETENTION

---

**THIS MATTER** came before the Court upon a Petition on Probation and Supervised Release and Warrant for Arrest of Probationer/Supervised Releasee. Present were the following: James Candelaria, Assistant United States Attorney, Alex Tejada, counsel for the Defendant, and the Defendant. Also present was Michael Fischer, Probation/Pretrial Services Officer.

The Defendant was originally convicted of Voluntary Manslaughter and Aiding and Abetting while within Indian Country out of the Central Division of the District of Utah and jurisdiction was transferred to the District of Colorado in April of 2006.

The Petition alleges multiple violations of the terms of the Defendant's supervised release. The Defendant was arrested on August 1, 2006. During the hearing on August 7, 2006, the Defendant and his counsel waived detention and the executed a written waiver of his right to a preliminary hearing under Rule 32.1 of the Federal of Criminal Procedure. The Court took judicial notice of the Court file, the Defendant's waivers and the Pretrial Services' report and the allegations regarding violation of supervised release. Based upon the facts alleged in the Petition and in light of the Defendant's waivers, the Court finds that probable cause exists to believe that the Defendant violated one or more conditions of his release.

Under Rule 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]."

In making my findings of fact, I have taken judicial notice of the information set forth in the Petition on Probation and Supervised Release and the entire court file.  I have also considered the defense counsel's statement that his client does not contest the Government's request for detention.

As a result, after considering all of these factors, I conclude that there is clear and convincing evidence that no condition or combination of conditions for release will reasonably assure the safety of the community.

It is further ordered that this matter is set for a status conference before the duty Magistrate Judge on August 11, 2006 at 1:30 p.m. so that the Defendant can have the opportunity to meet with the representative from the Federal Public Defender's office who will be representing him in this matter.

**DATED and ENTERED** this 7th day of August, 2006.

                                **BY THE COURT:**

                                **s/David L. West,**
                                **United States Magistrate Judge**

Copies to:       [  ] AUSA    [  ] Defendant/Defense Counsel    [  ] Federal Public Defender
                [  ] United States Marshal    [  ] Pretrial Services/Probation