# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation** of Supervised Release) |
| v. | Case Number:  06-cr-00147-EWN-01 |
| WARRENELL CUCH | USM Number:  06044-081 |
| | La Fonda Jones, AFPD <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, 4, 5, 6, 7, and 8, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law - Driving Under the Influence of Alcohol and No Driver's License/ | 12/21/05 |
| 2 | Failure to Submit Written Monthly Report Within the First Five Days of Each Month | 4/06 |
| 3 | Possession and Use of a Controlled Substance - Marijuana | 4/3/06 |
| 4 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 5/06 |

   The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

   It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

   It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

October 5, 2006
Date of Imposition of Judgment

s/ Edward W. Nottingham
Signature of Judge

Edward W. Nottingham, U.S. District Judge
Name & Title of Judge

DEFENDANT: WARRENELL CUCH
CASE NUMBER: 06-cr-00147-EWN-01                                           Judgment-Page 2 of 3

October 10, 2006
Date

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 5 | Failure to Report Arrest/Questionning by Law Enforcement Officer | 5/18/06 |
| 6 | Violation of Special Condition by Use or Possession of Alcohol | 12/21/05 |
| 7 | Failure to Participate in Mental Health Treatment as Directed by the Probation Officer | since release |
| 8 | Failure to Pay Fine and/or Restitution as Directed | since release |

DEFENDANT: WARRENELL CUCH
CASE NUMBER: 06-cr-00147-EWN-01                                                                 Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 11 months.  No supervision following term of imprisonment.

The court recommends that the Bureau of Prisons credit defendant with 65 days spent in official detention prior to revocation of supervised release and that the defendant be designated to FCI Florence, Colorado.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy United States Marshal